

FILED

01/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0021



ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0021

GREGG ALLEN ZINDELL,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

**FILED**

JAN 1 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Self-represented Appellant Gregg Allen Zindell moves this Court for appointment of counsel in his appeal. As grounds, he states that his complaints need to be "[p]rofessionally addressed." Zindell is currently incarcerated in the Montana State Prison.

Zindell appeals a December 14, 2022 Cascade County District Court Order denying his <u>second</u> Petition for Postconviction Relief. There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA.

Zindell is not entitled to the appointment of counsel in this appeal. Zindell represented himself in the District Court. He has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Zindell's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Gregg Allen Zindell along with a copy of this Court's Appellate Handbook for reference to the Montana Rules of Appellate Procedure and access to its forms.

DATED this 12 day of January, 2023.

For the Court,

By _____